IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS AKINRO                              *
               Plaintiff,
   v.                                       *   CIVIL ACTION NO. WMN-10-1170

SOCIAL SECURITY ADMINISTRATION,              *
  et al.
               Defendants.        *
                       ***

MEMORANDUM

Plaintiff, a resident of Baltimore, Maryland who holds himself out as "U.S. Solicitor General," "Assistant Attorney General," and "Professor," filed this action on May 10, 2010, against the Social Security Administration and some 50 individuals, including a federal court judge, "Mrs. Barbara Bush," and a number of citizens residing in Nigeria. His Complaint statement of facts alleges that:

> "Defendants enter into a blood oath for my killing. They have been hindering me from state to state and country to country. At Social Security Administration they have killed over two thousand of their employees leaving an empty office since year 2001 till present. They have an Arab lady called Ms. J. Ali to hinder me from receiving a replacement card so that I will not be able to use it to rent an apartment in the state of Maryland in order for them to be able to kill me."

Paper No. 1.

In his relief request, Plaintiff seeks the award of $897,000,000,000,000.00, the replacement of his Social Security card, and life imprisonment for all Defendants. The Complaint is accompanied by an arrest warrant invoking the federal rules of criminal procedure and "California Penal Code," and a "Complaint Addendum" in which Plaintiff makes disjointed and nonsensical allegations that Defendants violated "California Hate Crime Law and provisions of the Maryland Annotated Code and the U.S. Criminal Code." Paper No. 1 at Attachments.

Although Plaintiff's indigency application contains information the court finds questionable, he shall be granted leave to proceed *in forma pauperis*.[1] This Court may preliminarily review the Complaint allegations before service of process and dismiss them *sua sponte* if satisfied that the Complaint has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris,* 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951 (4th Cir. 1995). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Even when affording the *pro se* Complaint and accompanying materials a generous construction, the Court finds no basis to allow the action to go forward or to require supplementation. Plaintiff's Complaint and attachments are replete with fanciful and delusional commentary. The action shall be summarily dismissed under 28 U.S.C. § 1915(e). A separate Order follows.

Date:  May 13, 2010 

/s/
_____
William M. Nickerson
Senior United States District Judge

---

[1] Plaintiff claims that he receives $3,063.00 in monthly retirement income; has been employed by the U.S. Department of Justice since July of 2009; and has $200,000.00 accumulated at three separate banks. Paper No. 2.